**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In the Matter of:

**WOLFGANG KLIETMANN** and
**DORIS KLIETMANN**

Debtors.

Chapter 7
No.10-22020-JNF

## MOTION BY DEBTORS FOR LEAVE TO FILE AMENDED SCHEDULE C

**NOW COMES WOLFGANG KLIETMANN and DORIS KLIETMANN,** both of 207 Hillcrest Road, Marshfield, Massachusetts, debtors in the above-captioned Chapter 7 proceeding, by and through Matthew P. Trask, Esq., their attorney, and respectfully request that this honorable Court enter an Order granting the Debtor Leave of Court to File an Amended Schedule C, and in support thereof, says as follows:

1. The Debtors' **Schedule C – Property Claimed as Exempt** filed in the case sets forth the value of the claimed exemption of a 2010 Honda Accord Automobile, VIN: 1HGCP2F47AA192898.
2. The Trustee has objected to the full exemption of the automobile as the automobile is titled only in Doris Klietmann's name.
3. The proposed amended **Schedule C – Property Claimed as Exempt** reflects the value of the claimed exemption that Doris Klietmann is entitled to claim.
4. Counsel for the Chapter 7 Trustee has indicated his assent to this Motion and the amended **Schedule C – Property Claimed as Exempt.**

**WHEREFORE**, the debtors Wolfgang Klietmann and Doris Klietmann, respectfully request that the Court enter an Order:

1. Granting the Creditor leave of Court to file their **Amended Schedule C – Property Claimed as Exempt**; and
2. Granting such other and further relief that the Court deems just and proper in the circumstances.

Respectfully submitted,

/s/ Matthew P. Trask, Esq.

Matthew P. Trask, Esq.
Kelsey & Trask, P.C.
154 E. Central Street, Suite 302B
Natick, Massachusetts 01760
Tel: (508) 655.5980
Fax: (508) 655.5981
E-Mail: mtrask@kelseytrask.com

Assented-to by:

/s/ Christopher Lee, Esq.

Christopher Lee, Esq.
P.O. Box 855
New London, NH 03257
Tel: (603) 526-6172
E-Mail: attorneyclee@comcast.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this **MOTION BY DEBTORS FOR LEAVE TO FILE AMENDED SCHEDULE C** was served on the United States Trustee's Office and all counsel of record via the Court's CM/ECF system on December 28, 2010.

/s/ Matthew P. Trask

0247-1.030

B6C (Official Form 6C) (04/10)

**IN RE** **Klietmann, Wolfgang & Klietmann, Doris** Case No. **10-22020**
Debtor(s) (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Bank of America Advanced Tiered Interest Checking Account, Account no. ending 4611.** | **11 USC § 522(d)(5)** | **233.86** | **233.86** |
| **Bank of America Business Economy Checking Account f/b/o DK Aspect Image Management, LLC, Account no. ending 8761** | **11 USC § 522(d)(5)** | **1,093.55** | **1,093.55** |
| **Boston Private Bank & Trust Company individual bank account, account no. ending 5473** | **11 USC § 522(d)(5)** | **10.67** | **10.67** |
| **Boston Private Bank & Trust Company joint bank account, account no. ending 5465** | **11 USC § 522(d)(5)** | **20.62** | **20.62** |
| **Citizen's Bank Business Checking Account f/b/o Optimum Image, account no. ending 7131** | **11 USC § 522(d)(5)** | **21.19** | **21.19** |
| **Citizen's Bank Green Checking Account, Account no. ending 4142** | **11 USC § 522(d)(5)** | **60.92** | **60.92** |
| **Citizens Bank Checking Account, Account no. ending 4134** | **11 USC § 522(d)(5)**<br>**11 USC § 522(d)(5)** | **406.13**<br>**2,583.03** | **2,989.16** |
| **Citizens Bank Green Savings Account, Account no. ending 7797** | **11 USC § 522(d)(5)** | **50.06** | **50.06** |
| **Citizens Bank Savings Account, Account no. ending 7800** | **11 USC § 522(d)(5)** | **10.04** | **10.04** |
| **Bedroom furnature and furnishings, including bed set, sofa, chairs (4), nightstands, lighting fixtures, dresser (2), mirror and small electronics.** | **11 USC § 522(d)(3)** | **900.00** | **900.00** |
| **Bedroom furnature, including bed, nightstands (2), lamp tables, lighting fixtures, coffee table, couch, desk, chairs.** | **11 USC § 522(d)(3)** | **705.00** | **705.00** |
| **Bedroom furnishings, including bed, side table, chairs, artwork and lighting fixtures.** | **11 USC § 522(d)(3)** | **250.00** | **250.00** |
| **Dining room furnature, including table, chairs (8), cabinet, drawer chest and rug, all located at 207 Hillcrest Road, North Marshfield, MA 02059.** | **11 USC § 522(d)(3)** | **2,000.00** | **2,000.00** |
| **Electronics equipment, including 2 laptop computers (each over 6 years old), Printer (11 years old), Fax machine (6 years old), telephone, all located at 207 Hillcrest Road, North Marshfield, MA 02059.** | **11 USC § 522(d)(3)** | **360.00** | **360.00** |
| **Family room furnature and furnishings, including coffee table, leather seats (5), side tables (3), lighting fixtures, rug.** | **11 USC § 522(d)(3)** | **1,260.00** | **1,260.00** |
| **Kitchenware and kitchen furnature located at 207 Hillcrest Road, North Marshfield, MA 02059.** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10) - Cont.

**IN RE** **Klietmann, Wolfgang & Klietmann, Doris** Case No. **10-22020**

Debtor(s) (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Living room furnature, including couch, sofa, coffee table, side tables (4), lighting fixtures, armchair, all located at 207 Hillcrest Road, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| Office furnishings, including desk, computer table, lamp tables, chairs and bookcase, all located at 207 Hillcrest Road, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 440.00 | 440.00 |
| Office furnishings, including desk, small printer tables, side table, chairs, file cabinet, all located at 207 Hillcrest Road, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 510.00 | 510.00 |
| Books, reference materials and artwork, located at 207 Hillcrest Road, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Wearing apparel located at 207 Hillcrest Drive, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 4,000.00 | 4,000.00 |
| Ladies' wedding band. | 11 USC § 522(d)(4) | 100.00 | 100.00 |
| Men's wedding band. | 11 USC § 522(d)(4) | 100.00 | 100.00 |
| Misc. ladies' jewlery, inclduing watch, necklace, earrings, located at 207 Hillcrest Drive, North Marshfield, MA 02059. | 11 USC § 522(d)(4) | 260.00 | 260.00 |
| Misc. mens' jewlery, including cufflinks, watch, located at 207 Hillcrest Drive, North Marshfield, MA 02059. | 11 USC § 522(d)(4) | 310.00 | 310.00 |
| Bicycles (2), located at 207 Hillcrest Drive, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Gardening tools and equipment, located at 207 Hillcrest Drive, North Marshfield, MA 02059. | 11 USC § 522(d)(3) | 140.00 | 140.00 |
| 2010 Honda Accord Automobile, VIN: 1HGCP2F47AA192898. | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5) | 3,450.00<br>9,735.30 | 19,261.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only