**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** MASSACHUSETTS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KLIETMANN, WOLFGANG | § | Case No. 10-22020 |
| KLIETMANN, DORIS | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DONALD R. LASSMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 17,525.07<br>*(Without deducting any secured claims)* | Assets Exempt: 36,286.07 |
| Total Distributions to Claimants: 2,282.60 | Claims Discharged<br>Without Payment: 996,887.91 |
| Total Expenses of Administration: 3,793.52 | |

3) Total gross receipts of $ 6,076.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,076.12 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,793.52 | 3,793.52 | 3,793.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,453.66 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 967,982.66 | 557,013.14 | 557,013.14 | 2,282.60 |
| **TOTAL DISBURSEMENTS** | $ 981,436.32 | $ 560,806.66 | $ 560,806.66 | $ 6,076.12 |

4) This case was originally filed under chapter 7 on 11/02/2010 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2011 By:/s/DONALD R. LASSMAN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Honda Accord Automobile, VIN: 1HGCP2F47AA1928 | 1129-000 | 6,075.70 |
| Post-Petition Interest Deposits | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | $6,076.12 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DONALD R. LASSMAN | 2100-000 | NA | 1,357.61 | 1,357.61 | 1,357.61 |
| CHRISTOPHER LEE | 3210-000 | NA | 2,351.25 | 2,351.25 | 2,351.25 |
| CHRISTOPHER LEE | 3220-000 | NA | 84.66 | 84.66 | 84.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 3,793.52 | **$** 3,793.52 | **$** 3,793.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service IRS Service Center Holtsville, NY 11742 | | 13,453.66 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$** 13,453.66 | **$** 0.00 | **$** 0.00 | **$** 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage Servicing PO Box 3050 Columbia, MD 21045 | | 360,606.09 | NA | NA | 0.00 |
| | Beth Israel Daconess Medical Center PO Box 15675 Boston, MA 02215-0015 | | 4,876.60 | NA | NA | 0.00 |
| | Boston Private Bank & Trust Company 10 Post Office Square Boston, MA 02109 | | 3,030.67 | NA | NA | 0.00 |
| | Boston Private Bank & Trust Company 10 Post Office Square Boston, MA 02109 | | 10,106.43 | NA | NA | 0.00 |
| | Boston Private Bank & Trust Company 10 Post Office Square Boston, MA 02109 | | 7,074.13 | NA | NA | 0.00 |
| | Chubb & Son Collection Unit PO Box 1600 Whitehouse Station, NJ 08889 | | 0.00 | NA | NA | 0.00 |
| | Daimler Chrysler Financial Services PO Box 691 Roanoke, TX 76262 | | 2,746.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David C. Erickson PO Box 1461 Littleton, MA 01460 | | 2,680.95 | NA | NA | 0.00 |
| | Debt Alert 4836 Brecksville Road Richfield, OH 44286 | | 0.00 | NA | NA | 0.00 |
| | Deutsche Bank National Trust Company 1761 E Saint Andrew Place Santa Ana, CA 92705 | | 0.00 | NA | NA | 0.00 |
| | Deutsche Bank National Trust Company 1761 E Saint Andrew Place Santa Ana, CA 92705 | | 216.00 | NA | NA | 0.00 |
| | Deutsche Bank National Trust Company 1761 E Saint Andrew Place Santa Ana, CA 92705 | | 0.00 | NA | NA | 0.00 |
| | Deutsche Bank National Trust Company C/O 50 Redfield Street, Suite 202 Boston, MA 02122 | | 0.00 | NA | NA | 0.00 |
| | Dolan Connly, P.C. 50 Redfield Street Boston, MA 02122 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earl Miller, Esq. 44 School Street, Suite 500 Boston, MA 02108 | | 0.00 | NA | NA | 0.00 |
| | Emergency Medicine HMFP @ MIDMC PO Box 2361 Boston, MA 02241 | | 538.00 | NA | NA | 0.00 |
| | Emerson Hospital 133 ORNAC Concord, MA 01742 | | 0.00 | NA | NA | 0.00 |
| | Glenn Associates, Inc. 155 West Street, Suite 10 Wilmington, MA 01887 | | 50.54 | NA | NA | 0.00 |
| | Harvard Dental Center 188 Longwood Avenue Boston, MA 02115 | | 3,310.00 | NA | NA | 0.00 |
| | Howell & Minchello, LLP 175 Bedford Street, Suite 5 Lexington, MA 02420 | | 1,000.00 | NA | NA | 0.00 |
| | Korde & Associates, P.C. Suite 210 321 Billerica Road Chelmsford, MA 01824 | | 0.00 | NA | NA | 0.00 |
| | Mediconsulting, Inc. PO Box 258 North Marshfield, MA 02059 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercedes Benz Financial PO Box 681 Roanake, TX 76262 | | 1,321.31 | NA | NA | 0.00 |
| | Mercedes Benz Financial PO Box 685 Roanake, TX 76262 | | 0.00 | NA | NA | 0.00 |
| | National Grid 40 Sylvan Road Waltham, MA 02451 | | 585.82 | NA | NA | 0.00 |
| | Northstar Location Services LLC ATTN: Financial Services Department 4285 Genesee Street Cheektowaga, NY 04225 | | 2,496.13 | NA | NA | 0.00 |
| | Radiology-HMFP @ BIDMC PO Box 3367 Boston, MA 02241 | | 143.00 | NA | NA | 0.00 |
| | Redline Recovery Services, LLC 11675 Rainwater Drive, Suite 350 Alphretta, GA 30009 | | 0.00 | NA | NA | 0.00 |
| | Smith, Levenson, Cullen & Aylward 5 Essex Green Drive Peabody, MA 01960 | | 0.00 | NA | NA | 0.00 |
| | The Allen Daniel Associates, Inc. 880 Main Street 4th Floor Waltham, MA 02451 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Law Offices Of Gary H. Kreppel 1661 Worcester Road, Suite 401 Framiningham, MA 01701 | | 0.00 | NA | NA | 0.00 |
| | Town Of Carlisle PO Box 614 Carlisle, MA 01741 | | 27,922.04 | NA | NA | 0.00 |
| | Town Of Carlisle PO Box 614 Carlisle, MA 01741 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Associates 80 Minuteman Road Andover, MA 01810 | | 0.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 35,269.00 | 35,269.39 | 35,269.39 | 144.53 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 122,457.00 | 118,495.23 | 118,495.23 | 485.58 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 28,229.16 | 26,810.05 | 26,810.05 | 109.87 |
| 000001 | DIRECT FEDERAL CREDIT UNION | 7100-000 | 305,134.79 | 300,000.00 | 300,000.00 | 1,229.38 |
| 000003 | MERCEDES-BENZ FINANCIAL SERVICES US | 7100-000 | 5,156.00 | 30,490.32 | 30,490.32 | 124.95 |
| 000006 | NELNET ON BEHALF OF THE U.S. DEPART | 7100-000 | 43,033.00 | 45,948.15 | 45,948.15 | 188.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 967,982.66 | $ 557,013.14 | $ 557,013.14 | $ 2,282.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-22020 Judge: JOAN N. FEENEY
Case Name: KLIETMANN, WOLFGANG
KLIETMANN, DORIS
For Period Ending: 09/18/11

Trustee Name: DONALD R. LASSMAN
Date Filed (f) or Converted (c): 11/02/10 (f)
341(a) Meeting Date: 12/02/10
Claims Bar Date: 03/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Advanced Tiered Interest Checking | 233.86 | 0.00 | DA | 0.00 | FA |
| 2. Bank of America Business Economy Checking Account | 1,093.55 | 0.00 | DA | 0.00 | FA |
| 3. Boston Private Bank & Trust Company individual ban | 10.67 | 0.00 | DA | 0.00 | FA |
| 4. Boston Private Bank & Trust Company individual ban | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Boston Private Bank & Trust Company individual ban | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Boston Private Bank & Trust Company individual ban | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Boston Private Bank & Trust Company joint bank acc | 20.62 | 0.00 | DA | 0.00 | FA |
| 8. Citizen's Bank Business Checking Account f/b/o Opt | 21.19 | 0.00 | DA | 0.00 | FA |
| 9. Citizen's Bank Green Checking Account, Account no. | 60.92 | 0.00 | DA | 0.00 | FA |
| 10. Citizens Bank Checking Account, Account no. ending | 2,989.16 | 0.00 | DA | 0.00 | FA |
| 11. Citizens Bank Green Savings Account, Account no. e | 50.06 | 0.00 | DA | 0.00 | FA |
| 12. Citizens Bank Savings Account, Account no. ending | 10.04 | 0.00 | DA | 0.00 | FA |
| 13. Bedroom furnature and furnishings, including bed s | 900.00 | 0.00 | DA | 0.00 | FA |
| 14. Bedroom furnature, including bed, nightstands (2), | 705.00 | 0.00 | DA | 0.00 | FA |
| 15. Bedroom furnishings, including bed, side table, ch | 250.00 | 0.00 | DA | 0.00 | FA |
| 16. Dining room furnature, including table, chairs (8) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Electronics equipment, including 2 laptop computer | 360.00 | 0.00 | DA | 0.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. Family room furnature and furnishings, including c | 1,260.00 | 0.00 | DA | 0.00 | FA |
| 20. Kitchenware and kitchen furnature located at 207 H | 500.00 | 500.00 | DA | 0.00 | FA |
| 21. Living room furnature, including couch, sofa, coff | 800.00 | 0.00 | DA | 0.00 | FA |
| 22. Office furnishings, including desk, computer table | 440.00 | 0.00 | DA | 0.00 | FA |
| 23. Office furnishings, including desk, small printer | 510.00 | 0.00 | DA | 0.00 | FA |
| 24. Books, reference materials and artwork, located at | 200.00 | 0.00 | DA | 0.00 | FA |
| 25. Wearing apparel located at 207 Hillcrest Drive, No | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 26. Ladies' wedding band. | 100.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit 8

Case No: 10-22020 Judge: JOAN N. FEENEY
Case Name: KLIETMANN, WOLFGANG
KLIETMANN, DORIS

Trustee Name: DONALD R. LASSMAN
Date Filed (f) or Converted (c): 11/02/10 (f)
341(a) Meeting Date: 12/02/10
Claims Bar Date: 03/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Men's wedding band. | 100.00 | 0.00 | DA | 0.00 | FA |
| 28. Misc. ladies' jewlery, inclduing watch, necklace, | 260.00 | 0.00 | DA | 0.00 | FA |
| 29. Misc. mens' jewlery, including cufflinks, watch, l | 310.00 | 0.00 | DA | 0.00 | FA |
| 30. Bicycles (2), located at 207 Hillcrest Drive, Nort | 200.00 | 0.00 | DA | 0.00 | FA |
| 31. Gardening tools and equipment, located at 207 Hill | 140.00 | 0.00 | DA | 0.00 | FA |
| 32. Combined 100% shareholder interest in Medi Consult | 0.00 | 0.00 | DA | 0.00 | FA |
| 33. Interest in DK Aspect, LLC, a single-member domest | 0.00 | 0.00 | DA | 0.00 | FA |
| 34. Interest in Optimum Image, Inc., a sole proprietor | 0.00 | 0.00 | DA | 0.00 | FA |
| 35. 2010 Honda Accord Automobile, VIN: 1HGCP2F47AA1928 | 19,261.00 | 0.00 | | 6,075.70 | FA |
| 36. Payout from Prudential Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $36,786.07 | $500.00 | | $6,076.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

hired chirs lee to puruse recvoery of vlaue in auto and bank accounts if any. January 01, 2011, 06:48 pm
NO TAX RETURN NECESSARY. February 09, 2011, 08:31 pm February 09, 2011, 08:31 pm

await exp of poc bar date and then review claim s and ifle tfr. February 15, 2011, 11:15 am

ready for tfr.March 30, 2011, 08:32 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-22020 Judge: JOAN N. FEENEY | Trustee Name: | DONALD R. LASSMAN |
| Case Name: | KLIETMANN, WOLFGANG<br>KLIETMANN, DORIS | Date Filed (f) or Converted (c): | 11/02/10 (f) |
| | | 341(a) Meeting Date: | 12/02/10 |
| | | Claims Bar Date: | 03/10/11 |

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/11

**FORM 2**



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-22020 -JNF
Case Name: KLIETMANN, WOLFGANG
KLIETMANN, DORIS
Taxpayer ID No: *******0663
For Period Ending: 09/18/11

Trustee Name: DONALD R. LASSMAN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0039 BofA - Money Market Account
Blanket Bond (per case limit): $ 49,850,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | 35 | WOLFGANG and DORIS KLIETMAN | PAYMENT FOR MOTOR VEHICLE | 1129-000 | 6,075.70 | | 6,075.70 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 6,075.82 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,075.87 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,075.92 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,075.97 |
| 05/09/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | -0.10 | | 6,075.87 |
| 05/11/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK<br>interest | 1270-000 | 0.10 | | 6,075.97 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,076.02 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,076.07 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,076.12 |
| 07/29/11 | | Transfer to Acct #*******1232 | Final Posting Transfer | 9999-000 | | 6,076.12 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 6,076.12 | 6,076.12 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,076.12 | |
| Subtotal | 6,076.12 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,076.12 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 6,076.12 | 6,076.12 |

# FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-22020 -JNF
Case Name: KLIETMANN, WOLFGANG
KLIETMANN, DORIS
Taxpayer ID No: *******0663
For Period Ending: 09/18/11

Trustee Name: DONALD R. LASSMAN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1232 BofA - Checking Account
Blanket Bond (per case limit): $ 49,850,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/29/11 | | Transfer from Acct #*******0039 | Transfer In From MMA Account | 9999-000 | 6,076.12 | | 6,076.12 |
| 08/02/11 | 003001 | DONALD R. LASSMAN<br>POST OFFICE BOX 920385<br>NEEDHAM, MA 02492 | Chapter 7 Compensation/Fees | 2100-000 | | 1,357.61 | 4,718.51 |
| 08/02/11 | 003002 | CHRISTOPHER LEE<br>P O B 855<br>New London, NH 03257-0855 | Attorney for Trustee Expenses (Othe | 3220-000 | | 84.66 | 4,633.85 |
| 08/02/11 | 003003 | CHRISTOPHER LEE<br>P O B 855<br>New London, NH 03257-0855 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,351.25 | 2,282.60 |
| 08/02/11 | 003004 | Direct Federal Credit Union<br>50 Cabot Street<br>Needham, MA 02494 | Claim 000001, Payment 0.40979%<br>(1-1) Home Equity Loan | 7100-000 | | 1,229.38 | 1,053.22 |
| 08/02/11 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 0.40981% | 7100-000 | | 109.87 | 943.35 |
| 08/02/11 | 003006 | Mercedes-Benz Financial Services USA LLC<br>Trustee Payments<br>P.O. Box 9001683<br>Louisville, Kentucky 40290-1683 | Claim 000003, Payment 0.40980% | 7100-000 | | 124.95 | 818.40 |
| 08/02/11 | 003007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 0.40979%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 144.53 | 673.87 |
| 08/02/11 | 003008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 0.40979%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 485.58 | 188.29 |
| 08/02/11 | 003009 | Nelnet on behalf of the U.S. Department of Educati | Claim 000006, Payment 0.40979% | 7100-000 | | 188.29 | 0.00 |
| | | | | Page Subtotals | 6,076.12 | 6,076.12 | |

# FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: | 10-22020 -JNF | Trustee Name: | DONALD R. LASSMAN |
| Case Name: | KLIETMANN, WOLFGANG<br>KLIETMANN, DORIS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1232 BofA - Checking Account |
| Taxpayer ID No: | *******0663 | | |
| For Period Ending: | 09/18/11 | Blanket Bond (per case limit): | $ 49,850,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | (6-1) Student Loan Obligation | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,076.12 | 6,076.12 | 0.00 |
| Less: Bank Transfers/CD's | 6,076.12 | 0.00 | |
| Subtotal | 0.00 | 6,076.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,076.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********0039 | 6,076.12 | 0.00 | 0.00 |
| BofA - Checking Account - ********1232 | 0.00 | 6,076.12 | 0.00 |
| | 6,076.12 | 6,076.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.02b